UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY KOLTYS,<br><br>    Plaintiff,<br><br>    v.<br><br>FRANK BISIGNANO,<br><br>    Defendant. | Case No. 25-cv-04028-SI<br><br>**ORDER GRANTING MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 13 |

Defendant filed an administrative motion to continue the initial case management conference now scheduled for Friday, August 8, 2025. Dkt. No. 13. Plaintiff opposed. Dkt. No. 16. Defendant anticipates filing a notice to dismiss or transfer the case before August 24, 2025, his deadline to respond to plaintiff's complaint. While recognizing plaintiff's desire to proceed expeditiously, the Court GRANTS defendant's motion to continue the case management conference pending resolution of the anticipated motion. The initial case management conference shall be set for Friday, October 24, 2025.

**IT IS SO ORDERED**.

Dated: August 5, 2025

SUSAN ILLSTON
United States District Judge